No. 551.  WELLS FARGO BANK & UNION TRUST Co., EXECUTOR, *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. *Arthur H. Kent* and *Valentine Brookes* for peti-

tioner. *Solicitor General Soboloff, Assistant Attorney General Holland, Robert N. Anderson, Hilbert P. Zarky* and *Grant W. Wiprud* for the United States.

